IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENIO PENA,<br><br>        Petitioner,<br><br>  v.<br><br>R.K. WONG, Warden,<br><br>        Respondent.<br>_____ | No. C 09-1351 MMC (PR)<br><br>**ORDER GRANTING PETITIONER'S REQUEST TO FILE A LATE SUPPLEMENTAL BRIEF**<br><br>**(Docket No. 10)** |

      Good cause appearing, petitioner's request to file a late supplemental brief on the impact of Hayward v. Marshall, 603 F.3d 546 (9th Cir. 2010) (en banc), on the instant action is hereby GRANTED. Within **twenty** days of the date this order is filed, petitioner shall file and serve on respondent a supplemental brief, not longer than fifteen pages. The matter will be deemed submitted on the date the brief is due.

      This order terminates Docket No. 10.

      IT IS SO ORDERED.

DATED: July 22, 2010

                                /s/ Vaughn R. Walker   for
                              MAXINE M. CHESNEY
                              United States District Judge